# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-PO-344 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| AMBER D. POFF, | : | |
| Defendant. | : | |

## SENTENCING ENTRY

Defendant appeared before the Court on March 7, 2018 for the purpose of Sentencing. Defendant appeared with counsel and after being advised of her constitutional rights, was sentenced to a period of three (3) days incarceration. Defendant is permitted to voluntary surrender. The period of incarceration will not be followed by any term of supervision. Defendant ordered to pay $10.00 special assessment.

March 7, 2018                                      s/Sharon L. Ovington
                                                                          Sharon L. Ovington
                                                          United States Magistrate Judge